UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 0:10-cv-2216-PAM/JJK

| | |
|---|---|
| JACQUELINE MCNEILL,<br><br>        Plaintiff,<br>v.<br><br>IC SYSTEMS, INC.,<br><br>        Defendants. | **ORDER** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 8, 2010                    s/Paul A. Magnuson
                                                              Honorable Paul A. Magnuson
                                                              United States District Judge